UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-09821 DMG (VBKx)** | Date | March 14, 2011 |
|---|---|---|---|
| Title | *Goldstar Healthcare, LLC, et al. v Roberto Garonzi* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY DEFENDANTS' ANSWER SHOULD NOT BE STRICKEN**

On February 23, 2011, the Clerk of Court entered default against individual defendants Robert Garonzi, Mario Rick Garonzi, Gertrude Garonzi, and Ines Yettra, as well as corporate defendant Pacificare of California [Doc. #18]. On March 1, 2011, the defaulting individual defendants ("Defendants") filed an answer [Doc. #20].

The Court may set aside an entry of default only for "good cause" or pursuant to Federal Rule of Civil Procedure 60(b). Fed. R. Civ. P. 55(c). Accordingly, Defendants are **ORDERED TO SHOW CAUSE** why their answer should not be stricken. Defendants shall file their response on or before **March 28, 2011**.

**IT IS SO ORDERED**.